UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

IN RE: $154,798.55 IN U.S. CURRENCY

_____/

**UNITED STATES OF AMERICA'S FIRST MOTION
FOR ENLARGEMENT OF TIME TO FILE CIVIL FORFEITURE
COMPLAINT OR TO ALLEGE CRIMINAL FORFEITURE**

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America (the "United States") files its *First Motion for Enlargement of Time to File Civil Forfeiture Complaint or to Allege Criminal Forfeiture*. In support of this Motion, the United States alleges as follows:

1. On or about October 1, 2021, U.S. Customs and Border Protection ("USCPB") agents seized $154,798.55 in United States currency ("Seized Asset").

2. USCPB sent written notice of seizure to potential claimants in accordance with 18 U.S.C. § 983(a)(1)(A).

3. On November 8, 2021, ADITYA RUDHRA RETANKUMAN GOERDIN filed a claim to the Seized Asset, and USCPB subsequently referred this matter to the U.S. Attorney's Office for the Southern District of Florida.

4. The time has expired for any person to file a claim to the Seized Asset under 18 U.S.C. § 983(a)(2)(A)-(E). No other person has filed a claim to the property as required by law in the nonjudicial civil forfeiture proceeding.

5. Pursuant to 18 U.S.C. § 983(a)(3), within 90 days after a claim is filed, the United States is required to file a civil forfeiture complaint or obtain a criminal indictment containing an allegation that the property is subject to forfeiture. Ninety days from November 8, 2021, yielded a

deadline of February 6, 2022. However, the Court may extend the period for filing a civil forfeiture complaint for good cause shown or upon agreement of the Parties.[1]

6.      The United States requests an enlargement of time of 60 days from the current deadline, through and including April 7, 2022.

7.      There is good cause to extend the deadline from February 6, 2022, to April 7, 2022, as the requested extension would allow the United States additional time to investigate the matter and determine how it will proceed. The extension will also afford the parties additional time to potentially resolve this matter without litigation.

8.      This Motion is made in good faith and not for purposes of delay.

WHEREFORE, the United States respectfully requests that the Court grant this Motion and provide that the United States will have through and including April 7, 2022, to file a civil forfeiture against $154,798.55 in U.S. currency or to allege criminal forfeiture of such property. A proposed order is attached.

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that the undersigned counsel conferred with counsel for Claimant on February 2, 2022 via e-mail to resolve the issues raised in this Motion and

---

[1] The statute, in relevant part, reads:

> (A)  Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

18 U.S.C. § 983(3)(A).

has been unable to do so.

                                        Respectfully submitted,

                                        **JUAN ANTONIO GONZALEZ**
                                        **UNITED STATES ATTORNEY**

By:    *s/ Sara M. Klco*
         Sara M. Klco
         Assistant United States Attorney
         Florida Bar No. 60358
         99 N.E. 4th Street, 7th Floor
         Miami FL, 33132-2111
         Telephone: (305) 961-9165
         sara.klco@usdoj.gov

         *Counsel for the United States of America*